UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 03, 2025

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Flett, Rusty | Docket No. | 0980 2:25CR00070-TOR-1 |

**Petition for Action on Conditions of Pretrial Release**

      COMES NOW Corey M McCain, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Rusty Flett, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the court at Spokane, Washington, on the 14th day of May 2025, under the following conditions:

**Condition #11**: Defendant shall not use or possess any narcotic drug or other controlled substances as defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal Law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized to use medical marijuana under state law and regardless of whether marijuana is legal under state law.

**Condition #15:** Defendant must submit to a mental health evaluation and undergo any recommended treatment as directed by United States Probation/Pretrial Services. Prior to commencing any evaluation or treatment program, defendant shall provide waivers confidentiality permitting the United States Probation/Pretrial Services office and the treatment provider to exchange without qualification, in any form and at any time any and all information or records related to the defendants conditions of release and supervision, and evaluation, treatment and performance in the program. It shall be the responsibility of defense counsel to provide such waivers. Once the evaluation is completed and defendant is released, defendant through counsel, shall advise chambers to set a status hearing and the defendant report to probation as required.

      RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1**: On May 15, 2025, a U.S. probation officer reviewed the pretrial release conditions with Mr. Flett. He signed his release conditions acknowledging an understanding, to include condition number 11.

It is alleged Mr. Flett is in violation of his pretrial release conditions by using methamphetamine on or around September 24, and October 2, 2025.

On September 24, 2025, Mr. Flett reported to the U.S. Probation Office to submit to urinalysis testing. The urinalysis testing yielded a presumptive positive finding for the presence of methamphetamine. Mr. Flett denied using methamphetamine. On September 29, 2025, the contract laboratory confirmed the urinalysis test to be positive for methamphetamine. Mr. Flett was notified that the test was confirmed positive and he continues to deny the use of methamphetamine.

On October 2, 2025, Mr. Flett reported to the U.S. Probation Office to submit to random urinalysis testing. The urine sample yielded a presumptive positive result for the presence of methamphetamine. Mr. Flett continues to deny the use of methamphetamine. The sample was sent to the contract laboratory for further testing.

**Violation #2:** On May 15, 2025, a U.S. probation officer reviewed the pretrial release conditions with Mr. Flett. He signed his release conditions acknowledging an understanding, to include condition number 15.

It is alleged Mr. Flett is in violation of his pretrial release conditions by being unsuccessfully discharged from mental health treatment at Spokane Tribal Behavioral Health on September 18, 2025.

On October 3, 2025, the undersigned officer spoke with staff at Spokane Tribal Behavioral Health in Wellpinit, Washington. Staffed advised that Mr. Flett last appeared for a mental health session on May 30, 2025. No other follow up appointments were scheduled by Mr. Flett and he was unsuccessfully discharged due to lack of engagement.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: October 3, 2025

by s/Corey M McCain

Corey M McCain
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

**October 3, 2025**
Date