✎ PS 8
(3/15)

# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

ECF No. 61

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 30, 2025

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Flett, Rusty | Docket No. | 0980 2:25CR00070-RLP-1 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

COMES NOW Corey M McCain, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Rusty Flett, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the Court at Spokane, Washington, on the 14th day of May 2025, (ECF No. 23) and again on the 23rd day of December 2025, (ECF No. 58) by the Honorable Magistrate Judge Alexander C. Ekstrom, under the following conditions:

**Condition #5 ( ECF No. 58):** The Defendant shall undergo any recommended substance abuse treatment at the treatment provider, as directed by the U.S. Probation/Pretrial Services Officer. Prior to commencing the treatment program, the defendant shall provide waivers of confidentiality permitting the U.S. Probation/Pretrial Services Office and the treatment provider to exchange without qualification, in any form and at any time, any and all information or records related to the Defendant's conditions of release and supervision and evaluation, treatment, and performance in the program. It shall be the responsibility of defense counsel to provide such waivers.

**Condition #13 (ECF No 23):** The Defendant shall participate and undergo a substance abuse evaluation. Pretrial Services may determine/approve the evaluators, schedule, and place of any evaluation. Defendant shall be responsible for the cost of testing, evaluation, and treatment, unless the U.S. Probation Office should determine otherwise. Prior to commencing any evaluation or treatment program, defendant shall provide waivers of confidentiality permitting the U.S. Probation Office and the treatment provider to exchange without qualification, in any form and at any time, any and all information or records related to the defendant's conditions of release and supervision, and evaluation, treatment and performance in the program. It shall be the responsibility of defense counsel to provide such waivers. Following any evaluations or treatment ordered here, defendant shall complete any recommended aftercare program, including inpatient treatment, outpatient treatment, and any recommended counseling. If defendant terminates any treatment program before it is completed, the treatment provider and the defendant shall immediately notify the U.S. Probation Office.

**Condition #7 (ECF. No. 58)** Defendant shall be returned to the custody of the U.S. Marshals Service upon completion or termination of treatment, absent further order of the Court.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Violation #3: On May 15, 2025, a U.S. probation officer reviewed the pretrial release conditions with Mr. Flett. He signed his release conditions acknowledging an understanding, to include condition number 13.

On December 23, 2025, he Honorable Alexander C. Ekstrom granted Mr. Flett's release to participate and complete an inpatient treatment program at Sunray Court in Spokane, Washington, on December 24, 2025. The order also specified that Mr. Flett shall be returned to the custody of the U.S. Marshals Service upon completion or termination of treatment, absent further order of the Court.

Mr. Flett is alleged to be in violation of his conditions of supervised release by aborting inpatient treatment at Sunray Court on or around December 27, 2025.

On December 24, 2025, Mr. Flett released from the Spokane County Jail and entered into inpatient treatment at Sunray Court in Spokane, Washington.

PS-8
**Re: Flett, Rusty**
December 30, 2025
Page 2

On December 29, 2025, a representative of of Sunray Court called the undersigned officer and advised that Mr. Flett aborted treatment against the advice of staff. Mr. Flett's whereabouts are unknown and it appears he has absconded.

PRAYING THAT THE COURT WILL ORDER A WARRANT AND INCORPORATION

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    December 30, 2025

by    s/Corey M McCain

Corey M McCain
U.S. Pretrial Services Officer

## THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [ ] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

December 30, 2025
Date