PROB 12C
(6/16)

Report Date:  April 6, 2026

## United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 06, 2026

SEAN F. MCAVOY, CLERK

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Rusty Flett                    Case Number: 0980 2:25CR00070-RLP-1

Address of Offender: -█████████

Name of Sentencing Judicial Officer: The Honorable Rebecca L. Pennell, U.S. District Judge

Date of Original Sentence: February 18, 2026

Original Offense:    Aiming a Laser Pointer at an Aircraft , 18 U.S.C. § 39A(a)

Original Sentence:    Probation - 4 Years          Type of Supervision: Probation

Asst. U.S. Attorney:    Michael James Austen Ellis    Date Supervision Commenced: February 19, 2026

Defense Attorney:    Carter Liam Powers Beggs    Date Supervision Expires: February 18, 2030

## PETITIONING THE COURT

To issue a warrant.

On March 17, 2026, Mr. Flett's conditions of supervised release relative to case number 2:25CR00070-RLP-1 were reviewed with him.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 3**: You must participate in an inpatient substance abuse treatment program and any recommended aftercare. You must follow the rules and regulations of the treatment program. The probation officer will supervise your participation in the program (provider, location, modality, intensity, etc.). You must pay the costs of the program if financially able. |

**Supporting Evidence**: Mr. Flett is alleged to have violated special condition number 3 by aborting inpatient treatment services with San Poil Treatment Center, on or about April 3, 2026.

Specifically, on April 3, 2026, the supervising United States probation officer received a voice mail from San Poil Treatment Center staff, indicating that Mr. Flett had aborted treatment with the provider on the day in question. The United States Probation Office subsequently verified the information with the provider on April 6, 2026. Mr. Flett has since not contacted the U.S. Probation Office to advise as to his decision to depart from the provider or his current circumstances.

Prob12C
**Re: Flett, Rusty**
**April 6, 2026**
**Page 2**

**Special Condition # 7**: You shall remain in custody until February 19, 2026, at 10 AM, at which time you will be released to a representative of the San Poil Treatment Center for purposes of in-patient treatment. You shall participate in and successfully complete the San Poil Treatment program.

**Supporting Evidence**: Mr. Flett is alleged to have violated special condition number 7, by aborting inpatient treatment services with San Poil Treatment Center, on or about April 3, 2026.

Specifically, on April 3, 2026, the supervising United States probation officer received a voice mail from San Poil Treatment Center staff, indicating that Mr. Flett had aborted treatment with the provider on the day in question. The United States Probation Office subsequently verified the information with the provider on April 6, 2026. Mr. Flett has since not contacted the U.S. Probation Office to advise as to his decision to depart from the provider or his current circumstances.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _April 6, 2026_

_s/ Chris Heinen_

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS
[ ]  No Action
[x]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[x]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_Signature of Judicial Officer_

_April 6, 2026_

Date