PROB 12C
(6/16)

Report Date:  July 7, 2026

## United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 07, 2026

SEAN F. McAVOY, CLERK

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Rusty Flett                    Case Number: 0980 2:25CR00070-RLP-1

Address of Offender:    █████████████

Name of Sentencing Judicial Officer:  The Honorable Rebecca L. Pennell, U.S. District Judge

Date of Original Sentence: February 18, 2026

Original Offense:      Aiming a Laser Pointer at an Aircraft, 18 U.S.C. § 39A(a)

Original Sentence:     Probation - 4 Years          Type of Supervision: Probation

Asst. U.S. Attorney:   Michael Ellis               Date Supervision Commenced: February 19, 2026

Defense Attorney:      Carter Powers Beggs          Date Supervision Expires: February 18, 2030

---

### PETITIONING THE COURT

To incorporate the violations contained in this petition with a petition filed with the Court on 4/6/26.

On March 17, 2026, Mr. Flett's conditions of supervised release relative to case number 2:25CR00070-RLP-1 were reviewed with him.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 3 | **Standard Condition #10:** You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon ( i.e. anything that was designed or modified for, the purpose of causing bodily injury or death to another person such as nunchakas or tasers). |

**Supporting Evidence**: It is alleged Mr. Flett is in violation of his conditions of supervised release for owning, possessing and having access to a firearm, specifically a double barreled shotgun, on or around July 1, 2026.

On July 1, 2026, members of the Pacific Northwest Violent Offender Task Force (PNVOTF) went to an address is Wellpinit, Washington, to arrest Mr. Flett on his outstanding federal probation warrant.  While searching the property, a supervisory deputy U.S. marshal located in plain view a double barreled shotgun, sitting on the front seat of a vehicle.  Mr. Flett was arrested nearby hiding in the woods.

The girlfriend of Mr. Flett was questioned about the firearm and she stated it belonged to Mr. Flett.  After being advised of his Miranda rights, Mr. Flett agreed to speak with officers.  During the interview, he admitted he knew he was prohibited from possessing firearms, acknowledged the firearm belonged to him, stated he purchased it, and that he placed the firearm in the vehicle where it was located.

Prob12C

**Re: Flett, Rusty**
**July 7, 2026**
**Page 2**

This information was provided to the U.S. Attorney's Office and an agent with the Federal Bureau of Investigations (FBI). It is anticipated that new federal charges may be forthcoming.

**Special Condition #5:** You must not enter or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and submit to urinalysis testing and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm abstinence from this substance.

**Special Condition # 6:** You must abstain from the use of illegal controlled substances and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence:** It is alleged Mr. Flett had violated his conditions of supervised release by consuming alcohol and consuming methamphetamine daily since approximately April 3, 2026.

After the apprehension of Mr. Flett, the undersigned officer was contacted by a deputy U.S. marshal, who advised Mr. Flett admitted to consuming both alcohol and methamphetamine daily since April 3, 2026.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    07/07/2026

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[ X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[ X]    Defendant to appear before the Magistrate Judge.

Signature of Judicial Officer

July 7, 2026

Date